# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: 3:20-MJ-0008-CLB |
|---|---|
| Plaintiff(s) | 2:0CR00018 |
| v. | |
| JASON MACDONALD, akas Brian Conn, Brandon Tartaglia, James R. Thomas | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **JASON MACDONALD, akas Brian Conn, Brandon Tartaglia, James R. Thomas**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ■ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**18 U.S.C. § 1344(2): Bank Fraud and Attempted Bank Fraud;**
**18 U.S.C. § 641: Theft of Government Property Exceeding $1,000**

✓ FILED     ___ RECEIVED
___ ENTERED     ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 28 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

in violation of the following Title, United States Code, Section(s)
**SEE ABOVE**

| Kiry K. Gray | January 10, 2020   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: STEVE KIM |
| /s/ Cindy O'Neill | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED: 1/13/2020 | NAME OF ARRESTING OFFICER: Warren Heister |
|---|---|
| DATE OF ARREST: 1/27/2020 | TITLE: U.S. Postal Inspector |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER: /s/ W. Heister |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                PAGE 1 OF 2

## UNITED STATES DISTRICT COURT



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON MACDONALD,<br>  aka "Brian Conn,"<br>      "Brandon Tartaglia," and<br>      "James R. Thomas,"<br><br>    Defendant. | CR No. 20CR00018-CJC<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 1344(2): Bank Fraud and Attempted Bank Fraud; 18 U.S.C. § 641: Theft of Government Property Exceeding $1,000] |

The Grand Jury charges:

COUNTS ONE THROUGH SIX

[18 U.S.C. § 1344(2)]

A. <u>INTRODUCTORY ALLEGATIONS</u>

At times relevant to this Indictment:

1. Wells Fargo Bank, National Association ("Wells Fargo") was a financial institution insured by the Federal Deposit Insurance Corporation.

2. U.S. Bank National Association ("U.S. Bank") was a financial institution insured by the Federal Deposit Insurance Corporation.

B. SCHEME TO DEFRAUD

3. Beginning on an unknown date and continuing through at least on or about September 4, 2018, in Los Angeles and San Luis Obispo Counties, within the Central District of California, and elsewhere, defendant JASON MACDONALD, also known as "Brian Conn," "Brandon Tartaglia," and "James R. Thomas," and others known and unknown to the Grand Jury, knowingly and with the intent to defraud, executed and attempted to execute a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of financial institutions, including Wells Fargo and U.S. Bank, by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4. The fraudulent scheme was operated and was carried out, in substance, in the following manner:

    a. Defendant MACDONALD would obtain counterfeit checks that bore invalid account numbers. The counterfeit checks purported to draw on accounts at Wells Fargo, U.S. Bank, and other financial institutions insured by the Federal Deposit Insurance Corporation.

    b. Defendant MACDONALD would knowingly pass these counterfeit checks to the United States Postal Service ("USPS") as payment for valuable goods and services, including priority-mail services and postage stamps.

    c. By passing the counterfeit checks to USPS, defendant MACDONALD caused USPS to pass and attempt to pass the counterfeit

1 checks to Wells Fargo, U.S. Bank, and other financial institutions
2 for payment.
3    d.   By passing these counterfeit checks to USPS, defendant
4 MACDONALD falsely represented that he was authorized to request
5 disbursement of moneys and funds under the custody and control of
6 Wells Fargo, U.S. Bank, and other financial institutions, and
7 concealed that he was not authorized to request disbursement of those
8 moneys and funds. Defendant MACDONALD further attempted to
9 fraudulently induce Wells Fargo, U.S. Bank, and other financial
10 institutions to disburse funds to USPS.
11   5.   In total, the fraudulent scheme carried out by defendant
12 MACDONALD and his co-schemers resulted in an intended loss of
13 approximately $115,958.
14 C.   EXECUTION OF THE FRAUDULENT SCHEME
15   6.   On or about the following dates, in Los Angeles and San
16 Luis Obispo Counties, within the Central District of California, and
17 elsewhere, defendant MACDONALD committed the following acts, each of
18 which constituted an execution and attempted execution of the
19 fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | 6/28/18 | Presented to USPS as payment for goods and services a counterfeit check in the amount of approximately $1,356.70 that purported to draw on a Wells Fargo account belonging to "J.R. Marketing, Inc./James R. Thomas" at a post office in Los Angeles, California. |
| TWO | 7/2/18 | Presented to USPS as payment for goods and services a counterfeit check in the amount of approximately $1,006.70 that purported to draw on a Wells Fargo account belonging to "J.R. Marketing, Inc./James R. Thomas" at a post office in Culver City, California. |

| COUNT | DATE | ACT |
|---|---|---|
| THREE | 7/2/18 | Presented to USPS as payment for goods and services a counterfeit check in the amount of approximately $506.70 that purported to draw on a Wells Fargo account belonging to "J.R. Marketing, Inc./James R. Thomas" at a post office in Los Angeles, California. |
| FOUR | 7/3/18 | Presented to USPS as payment for goods and services a counterfeit check in the amount of approximately $1,306.70 that purported to draw on a Wells Fargo account belonging to "J.R. Marketing, Inc./James R. Thomas" at a post office in Pasadena, California. |
| FIVE | 7/3/18 | Presented to USPS as payment for goods and services a counterfeit check in the amount of approximately $806.70 that purported to draw on a Wells Fargo account belonging to "J.R. Marketing, Inc./James R. Thomas" at a post office in Pasadena, California. |
| SIX | 9/4/18 | Presented to USPS as payment for goods a counterfeit check in the amount of approximately $750 that purported to draw on a U.S. Bank account belonging to "BT Marketing Management Inc/Brian Conn" at a post office in Los Osos, California. |

COUNTS SEVEN THROUGH ELEVEN

[18 U.S.C. § 641]

On or about the dates set forth below, in Los Angeles County, within the Central District of California, defendant JASON MACDONALD, also known as "Brian Conn," "Brandon Tartaglia," and "James R. Thomas," knowingly and willfully stole, purloined, and converted to his own use property and a thing of value of the United States Postal Service ("USPS"), a department and agency of the United States, having a value in the aggregate in excess of $1,000, namely, USPS services and postage stamps, in the following approximate amounts, from the following locations, to which defendant MACDONALD knew that he was not entitled, with the intent to deprive the USPS of the use and benefit of that property and things of value:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

| COUNT | DATE | LOCATION | AMOUNT |
|---|---|---|---|
| SEVEN | 6/28/18 | Los Angeles, California | $1,356.70 |
| EIGHT | 7/2/18 | Culver City, California | $1,006.70 |
| NINE | 7/2/18 | Los Angeles, California | $506.70 |
| TEN | 7/3/18 | Pasadena, California | $1,306.70 |
| ELEVEN | 7/3/18 | Pasadena, California | $806.70 |

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Deputy Chief, General Crimes Section

CAROLYN S. SMALL
Assistant United States Attorney
Major Frauds Section